# Exhibit H



Lori F. Mayall
T: +1 650 843 5130
lmayall@cooley.com

VIA FEDEX

May 2, 2013

Crosby Lake Spirits Company
Attn: Tina Simeroth
1607 S 12th St.
Princeton, MN 55371

Dear Ms. Simeroth:

Our firm represents Sazerac Company, Inc. ("Sazerac") in trademark and branding matters. It has recently come to our attention that your company has filed COLAs with the Alcohol, Tobacco and Trade Bureau ("TTB") for the brand name BISON RIDGE for Canadian whisky and that your company is currently bottling and selling BISON RIDGE Canadian whisky.

Sazerac has established significant goodwill and recognition in its Buffalo Trace Distillery in Franklin County, Kentucky, as well as its whiskey and vodka products produced and bottled at the Buffalo Trace Distillery marketed and distributed under its BUFFALO TRACE brand and associated BUFFALO trademarks. Sazerac owns the following United States trademark registrations and pending applications:

> BUFFALO TRACE (U.S. Reg. No. 2294792) for "bourbon;"
>
> BUFFALO TRACE & Design (U.S. Reg. No. 2622735) for "bourbon" and related marketing goods;
>
> Buffalo Logo (U.S. Reg. No. 2601650) for "bourbon" and related marketing goods;
>
> Buffalo Logo (U.S. Reg. No. 2516318) for related marketing goods;
>
> Buffalo Whiskey Label Design (U.S. Reg. No. 2476423) for "bourbon";
>
> WHITE BUFFALO (Ser. No. 85/977317) for "vodka"; and
>
> WHITE BUFFALO (Ser. No. 85/249,278) for "whiskey"
>
> THE BUFFALO TRACE DISTILLERY WHITE DOG (U.S. Reg. No. 3835562) for "whiskey;"

as well as common law trademark rights in the mark BUFFFALO TRACE DISTILLERY for whiskey, vodka, and distilled spirit distillation and storage services (collectively, the "BUFFALO Marks.")






Sazerac has invested substantial resources in promoting these brands, which has resulted in significant consumer recognition and valuable goodwill in the distilled spirits market, and is committed to protecting its trademarks and the goodwill they have engendered. Given that your mark is nearly identical in commercial impression (bison and buffalo are understood to be the same animal by U.S. consumers), your logo uses a near identical depiction of a bison/buffalo (as shown below), the direct overlap in goods, and the similar marketing channels, your use of the BISON RIDGE mark and logo is likely to create consumer confusion.







Whiskey drinkers and purchasers are likely to conclude that your whisky is produced by Buffalo Trace, or offered by, or affiliated with, Sazerac.

Accordingly, we require that you:

1) take all steps to ensure that there will be no use of the BISON RIDGE mark and logo or other BISON/BUFFALO variant marks, on or in connection with the sale or distribution of distilled spirits in the United States; and

2) surrender all COLAs corresponding to the infringing BISON RIDGE mark and logo; and

3) confirm in writing to the undersigned no later than May 16, 2013 that you agree to the terms set forth in 1) and 2) above.

A written request to surrender your issued COLAS must be sent to:

Advertising, Labeling and Formulation Division of the TTB
1310 G Street, NW, Box 12
Washington, DC 20005





We are hopeful that this matter can be resolved amicably, and look forward to receiving your written assurances that your company has surrendered the above-referenced COLA, and that it ceased all use of the BISON RIDGE mark and logo on or in connection with the sale of distilled spirits.

Sazerac reserves the right to pursue any and all remedies it may have to protect its interests. Should you wish to discuss this matter further, please feel free to contact me directly.

Very truly yours,

Cooley LLP

Lori F. Mayall

1122539 v1/HN