IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SAZERAC COMPANY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INTERCONTINENTAL PACKAGING | ) Case No. 3:14-CV-205-H |
| COMPANY d/b/a | ) |
| CROSBY LAKE SPIRITS COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to this action stipulate and agree that all claims shall be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: February 6, 2015

_____          _____

COOLEY LLP
PETER J. WILLSEY (*pro hac vice*)
VINCENT J. BADOLATO (*pro hac vice*)
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899

THE ZOPPOTH LAW FIRM
Scott P. Zoppoth
601 West Main Street, Suite 500
Louisville, KY 40202
Telephone:  (502) 568-8884
Facsimile:  (502) 568-1319

*Attorneys for Plaintiff*

MIDDLETON REUTLINGER
Elisabeth S. Gray
401 S. Fourth Street, Suite 2600
Louisville, Kentucky 40202
Telephone:  (502) 584-1135
Facsimile:  (502) 561-0442

FREDRIKSON & BYRON, P.A.
Lora M. Friedemann (*pro hac vice*)
Laura L. Myers (*pro hac vice*)
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone:  (612) 492-7000
Facsimile:  (612) 492-7077

*Attorneys for Defendant*

**ENTERED BY ORDER OF COURT**
**JOHN G. HEYBURN II, SENIOR JUDGE**
**UNITED STATES DISTRICT COURT**
**VANESSA L. ARMSTRONG, CLERK**

Date: February 10, 2015

BY: */s/ Andrea Morgan*
**Deputy Clerk**